# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

PETER EFTHIMIOU,

Defendant.

CASE NO.: 4:19-cr-156

**O R D E R**

This matter is before the Court on the Defendant's Sealed Motion to Continue Sentencing and Associated Deadlines. (Sealed Doc. 24.) The Government filed a sealed response in support of Defendant's request for continuance. (Sealed Doc. 25.) After careful consideration and for the reasons stated in the Defendant's Motion and the Government's Response, the Court **GRANTS** Defendant's Motion.

THEREFORE, IT IS HEREBY ORDERED that Defendant's sentencing hearing that is currently set for March 12, 2020, is continued to June 16, 2020.

IT IS FUTHER ORDERED that, on or before May 21, 2020, each party must state in writing and file on the record in a restricted manner any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the initial report. If any party has no such objections, the party shall state the same in writing and file a statement of no objections on the record in a restricted manner. To be clear, on or before May 21, 2020, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the initial report.[1] The deadline for the parties to file

---

[1] Counsel will only receive Presentence Investigation Reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the Presentence Investigation Report and any objections and addendums thereto. The Presentence Investigation Report and any objections and addendums thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant (to include any investigator, expert or other assistant hired by counsel), the United States Attorney's Office, the United States Probation Office, and the Court.

any sentencing memorandums, victim impact statements, letters, and similar sentencing materials is extended to June 10, 2020.

**SO ORDERED**, this 6th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

To that end, if Defendant is detained, counsel may print a copy of the Presentence Investigation Report and any objections and addendums thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any objections and addendums thereto with a detained defendant. To the extent that counsel deems it necessary to leave the Presentence Investigation Report or a portion thereof with a detained defendant, counsel may file a motion with the Court.