| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 06-16-2020 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:19-cr-156**
**UNITED STATES OF AMERICA VS. Peter Efthimiou**

COURTROOM DEPUTY  Pam Hammock          COURT REPORTER  Debbie Gilbert

**ATTORNEY(S) FOR THE GOVERNMENT:**        **ATTORNEY(S) FOR THE DEFENDANT:**

Jonathan Porter, AUSA                                       Daniel Hagood, retained

U.S. PROBATION OFFICER:                                 DEFENDANT SENTENCED ON COUNT(S)

Brian Mills                                                            One (1) of the Information

[X] Presence Report Reviewed In Full           Custody _____ Months B.O.P.

[ ] Objections to Factual Basis                         Probation  3 years

[X] Objections To Guidelines Calculations     Supervised Release _____ Years

[ ] Probation Officer Testifies                          Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations    Fine $  none

[X] No Changes Ordered                                  Restitution $  987,750 (payment schedule to be set)

[X] Findings Of The Court                                Special Assessment $  100

[ ] Factual Witnesses Testify                             To Be Paid  immediately

[X] Statements Of Counsel                              Community Service _____

[X] Statements By Defendant                         Facility Recommended _____

[X] Sentence Pronounced                               Defendant Remanded To The USM _____

OTHER DIRECTIVES OF THE COURT             Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment    To USM _____ To Facility [ ]

[ ] Transcribe Statement of Reasons                 Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained      Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided        Departure From Guidelines  - Y

[X] Notice of Counsel's Post-Conviction Obligations Provided     Upward _____  Downward  - Y

U.S. Deputy Marshal _____                         Time  10:00  to  11:15  Total  01:15

Court Security Officer _____