# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 4:19-CR-156 |
| | § | |
| PETER EFTHIMIOU A/K/A | § | |
| STEVE MURDOCK | § | |

## POST-CONVICTION CONSULTATION CERTIFICATION

COMES NOW the Defendant, Peter Efthimiou a/k/a Steve Murdock, by and through his counsel of record, James D. Durham, Daniel K. Hagood, P.C., and Alexandra Hunt and files this, the Defendant's Post-Conviction Consultation Certification.

**TO BE COMPLETED AND FILED BY COUNSEL:**

I, Alexandra Hunt, attorney for Peter Efthimiou, certify that I this day met with my client, Peter Efthimiou and:

• I found him to be of sound mind, clear-headed, and able to comprehend all of what I advised him regarding his right to appeal from the conviction and sentence in this case.

• I have fully explained to him the appellate process, including that he

      (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he is indigent, but to exercise that right he:

      (b) must timely file a notice of appeal and

      (c) comply with all appellate form-completion and briefing obligations;

• I have advised him about the advantages and disadvantages of pursuing an appeal;

• I have thoroughly inquired of him about his interest in appealing his conviction.

It is in that light that (check one):

    \_\_\_\_ he has decided to file an appeal and thus has instructed me to file it for him.

    __X__ he has decided not to file an appeal, and I have explained to him the consequences of failing to do so. Those consequences include the waiver of his right to complain about the process that led up to his conviction, including in the future, should he decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This **17** day of June, 2020.

        Print: _Alexandra Hunt_ name of attorney

        Sign: _Alexandra Hunt_ signature of attorney

      Witnessed:

        Print: _Peter Efthimiou_ name of defendant

        Sign: _____ signature of defendant

**TO BE COMPLETED BY THE DEFENDANT:**

I, Peter Efthimiou, certify that I this day met with my attorney, Alexandra Hunt, and:

• I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

• My attorney has fully explained to me the appellate process, including that I

> (a) have the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I:
>
> (b) must timely file a notice of appeal and
>
> (c) comply with all appellate form-completion and briefing obligations;

• My attorney has advised me about the advantages and disadvantages of pursuing an appeal;

• My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

_____ I have decided to file an appeal and thus have instructed my attorney to file it for me.

__X__ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This 1 day of June, 2020.

Print: _Alexandra Hunt_____ name of attorney

Sign: _Alexandra Hunt_____ signature of attorney

Witnessed:

Print: _Peter Efthimiou_____ name of defendant

Sign: _____ signature of defendant

Post-Conviction Consultation Certification
Page 3 of 5

Respectfully submitted,

SORRELS HAGOOD

*/s/ Alexandra Hunt*

Daniel K. Hagood, P.C.
Texas Bar No. 08698300
dhagood@sorrelshagood.com

Alexandra Hunt
Texas Bar No. 24095711
ahunt@sorrelshagood.com

Attorneys for Defendant Peter Efthimiou a/k/a Steve Murdock

2515 McKinney Avenue
Suite 940
Dallas, Texas 75201
214.720.4040 telephone
214.237.0905 facsimile

SAVAGE, TURNER, DURHAM, PINCKNEY & SAVAGE

James D. Durham
Georgia Bar No. 235515
jdurham@savagelawfirm.net

Attorney for Defendant Peter Efthimiou a/k/a Steve Murdock

102 East Liberty St., 8th Floor
Savannah, GA 31401
P.O. Box 10600
Savannah, GA 31412
(912) 231-1140 telephone
(912) 231-9157 facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing document on all parties in accordance with the directives from the Court via the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 17th day of June, 2020.

*/s/ Alexandra Hunt*
Alexandra Hunt