# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19-CR-156-001 |
| | ) | |
| PETER EFTHIMIOU, | ) | |
| Defendant, | ) | ***EX PARTE* FILING** |
| | ) | |
| PROSPERITY BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

<u>**DECLARATION OF MARGRITA BRADY**</u>

The undersigned paralegal, Margrita Brady, representing the United States in this matter, and being of lawful age and duly sworn, hereby makes the following statements based on my own personal knowledge:

1.      I am a Paralegal Specialist in the Financial Litigation Unit of the United States Attorney's Office for the Southern District of Georgia.  In that capacity, I have access to the records maintained by the United States Attorney's Office related to the government's judgment and enforcement efforts against Defendant-Judgment Debtor Peter Efthimiou ("Defendant-Judgment Debtor").

2.      On June 16, 2020, a judgment in a criminal case was entered against the Defendant-Judgment Debtor in favor of the United States, in the amount of $987,750.00 for restitution and $100.00 special assessment, Docket No. 39.

3.      As of December 3, 2021, the sum of $14,100.00  has been credited to the above-stated judgment debt, leaving an outstanding balance due in the amount of $973,750.00.

1

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December, 2021.

**/s/ Margrita Brady**
Margrita Brady
Paralegal Specialist
Financial Litigation Unit
United States Attorney's Office
P.O. Box 8970
Savannah, GA 31412
912-652-4422