IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 4:19-cr-156 |
| PETER EFTHIMIOU, | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| PROSPERITY BANK, | ) | |
| Garnishee. | ) | |
| | ) | |

**ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT**

Before the Court is the United States' *Ex Parte* Application for Writ of Garnishment to Garnishee Prosperity Bank, for substantial nonexempt property belonging to or due the Defendant-Judgment Debtor, Peter Efthimiou. Upon consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and hereby GRANTS the application.

THIS COURT ORDERS the issuance of the accompanying Writ of Garnishment to the Garnishee.

THIS COURT FURTHER ORDERS that the Clerk of Court shall issue a Clerk's Notice of Garnishment, which shall be prepared by counsel for the United States, in accordance with 28 U.S.C. § 3202(b).

THIS COURT FURTHER ORDERS that the Clerk shall maintain these documents, the Application for Writ of Garnishment, the Writ of Garnishment, the Clerk's Notice of Garnishment, and this Order, with their *ex parte* restriction and not make them publicly available until counsel for the United States certifies that it has completed service of process on the Writ. Counsel for the United States shall promptly notify the Clerk when service of

process is complete, at which time, the Clerk shall lift the *ex parte* restriction so that all *ex parte* filings related to this matter are accessible in the same manner as other public documents.

THIS COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee with a copy of the Application, Writ of Garnishment, Clerk's Notice of Garnishment, this Order and a proposed Answer form with instructions for compliance. After the Garnishee has been served, the United States shall serve the Defendant-Judgment Debtor with a copy of the Application, Writ of Garnishment, Clerk's Notice of Garnishment, this Order and instructions for compliance.

THIS COURT FURTHER ORDERS that counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

**SO ORDERED**, this 16th day of December, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA