# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19-CR-156-001 |
| | ) | |
| PETER EFTHIMIOU, | ) | *EX PARTE* FILING |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| PROSPERITY BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

### CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT
### PURSUANT TO 28 U.S.C. §3202(b)

YOU ARE HEREBY NOTIFIED that a Writ of Garnishment was issued in favor of the United States of America, which has a judgment in the United States District Court for the Southern District of Georgia in the sum of $987,850.00 for a debt arising from a criminal judgment entered on June 16, 2020, in the Southern District of Georgia, including a special assessment and restitution.  A balance of $973,250.00 remains outstanding as of December 27, 2021.  The Writ of Garnishment is being served on the Garnishee:

> Prosperity Bank
> Registered Agent, Charlotte Rasche
> Sugar Land, TX 77478

and it is believed that the Garnishee may have property of yours in its custody, possession, or control, now or in the future.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States Government if PETER

EFTHIMIOU can show that the exemptions apply.  A list of the only exemptions that apply to the enforcement of a judgment for criminal fines and restitution under 18 U.S.C. § 3613 is below:

1. Wearing apparel and school books.  26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $9,120.  26 U.S.C. § 6334(a)(2) &amp; (g).

3. Books and tools of a trade, business, or profession that do not exceed $4,560.  26 U.S.C. § 6334(a)(3) &amp; (g).

4. Unemployment benefits.  26 U.S.C. § 6334(a)(4).

5. Undelivered mail. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor Roll, and annuities based on retired or retainer pay.  26 U.S.C. § 6334(a)(6).

7. Workmen's compensation.  26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children.  26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments.  26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act.  26 U.S.C. § 6334(a)(12).

If you are PETER EFTHIMIOU, you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of these exemptions, or if you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing. If you wish, you may use the attached form to request the hearing. You must either mail it or deliver it in person to the Clerk of the United States District Court at US Clerk of Court, P.O. Box 8286, Savannah, GA 31412. You must also send a copy of your request to the United States Attorney's Office – Financial Litigation Unit, at P.O. Box 8970, Savannah, GA 31412, so the Government will know you want a hearing.

If you are entitled to a hearing, the hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property being withheld is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, the property held for you by the Garnishee will be garnished and applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at US Clerk of Court, P.O. Box 8286, Savannah, GA 31412. You must also send a copy of your request to the United States Attorney's Office – Financial Litigation Unit, at P.O. Box 8970, Savannah, GA 31412, so the Government will know you want the proceeding to be transferred.

You may use the attached form to claim an exemption and to request a hearing or transfer. Although the Clerk's Notice was issued *ex parte*, your Claim for Exemption and Request for Hearing or Transfer will be publicly filed.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the District Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED this __27th__ day of __December__, 2021.

_____
DEPUTY CLERK, UNITED STATES DISTRICT COURT

**– TURN PAGE FOR EXEMPTION CLAIM AND REQUEST FOR HEARING FORM –**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19-CR-156-001 |
| | ) | |
| PETER EFTHIMIOU, | ) | *PUBLIC FILING* |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| PROSPERITY BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

**CLAIM FOR EXEMPTIONS,
<u>REQUEST FOR HEARING, AND/OR REQUEST FOR TRANSFER</u>**

[ ] I think that the property the Garnishee _____ is withholding is exempt under the following applicable exemption(s): _____.

[ ] I request a hearing in this matter.

[ ] I do not request a hearing in this matter.

[ ] I request a transfer to the federal district where I reside in the _____(district) of _____(state).

I understand that this form will be a publicly filed document.

                                                                      _____
                                                                      Defendant-Judgment Debtor
                                                                      Address: _____
                                                                      _____
                                                                      Email:_____
                                                                      Daytime Telephone:_____

Date: _____

1

2

# **CERTIFICATE OF SERVICE**

      I certify that on this _____ day of _____, 2021,

I mailed the Claim for Exemptions, Request for Hearing, and/or Request for Transfer to

the following:

**Original to:**
United States District Clerk
P.O. Box 8286,
Savannah, GA 31412

**Copies to:**
United States Attorney's Office
Financial Litigation Unit
P.O. Box 8970
Savannah, GA 31412

Prosperity Bank
Registered Agent, Charlotte Rasche
Sugar Land, TX 77478

                                        _____
                                        Defendant-Judgment Debtor