FILED
IN THE UNITED STATES DISTRICT COURT DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2022 FEB  2  A 10: 06

CLERK _____
S.O. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19-CR-156-001 |
| | ) | |
| PETER EFTHIMIOU, | ) | **PUBLIC DOCUMENT** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| PROSPERITY BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

## ANSWER OF THE GARNISHEE

I, Michele Lawson, an officer of Garnishee Prosperity Bank ("**Garnishee**"), state under penalty of perjury as follows:

GARNISHEE IS: A corporation, organized under the laws of the State of Texas.

On January 21, 2022, Garnishee received the Writ of Garnishment by email. Garnishee hereby answers the Writ of Garnishment as follows:

### Financial Accounts

1.    List the Defendant-Judgment Debtor's financial accounts that are in the Garnishee's possession, custody, or control:

**Account 1**
Type: Deposit Account_____
No.: XXXXX2040_____
Title owner(s):  Jennifer L. Murdock and Peter Efthimiou
Amount: $59,936.55_____

## Additional Disclosures

2.      Garnishee is not in possession, custody, or control of any safety-deposit box belonging to or in the mane of Defendant-Judgment Debtor.

3.      Garnishee is not in possession, custody, or control of any other personal property of the Defendant-Judgment Debtor.

4.      There are no prior garnishments or other court-ordered withholdings which are presently in effect as to the Defendant-Judgment Debtor.

5.      Garnishee is not in possession, custody, or control of any other property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which Defendant-Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1)     SAM W. PETTIGREW, Esq, on behalf of PETER EFTHIMIOU, at 840 S. Carrier Parkway, Grand Prairie, TX 75051;

(2)     the Clerk of United StatesDistrict Court, P.O. Box 8286, Savannah, GA 31412;

(3)     the United States Attorney's Office, Attention: Financial Litigation Unit, P.O. Box 8970, Savannah, GA 31412; and

(4)     Jennifer L. Murdock at 407 Sonoma Ct, Sherman TX 75092.

_____     1/26/2022
Signature of Garnishee/Agent of Garnishee        Date

Sworn to and subscribed before me
this 26th day of January , 2022.

_____
Notary Public
(Seal)

ASHLY M POSPISIL
Notary Public, State of Texas
Comm. Expires 07-10-2023
Notary ID 13029125-4

My Commission expires: 7/10/2023 .



T. 713.220.9170
F. 713.223.9319
eescamilla@hirschwest.com

January 27, 2022

U.S. District Court Clerk
P.O. Box 8286
Savannah, GA 31412

CMRRR NO. 9414 7266 9904 2180 5965

RE:   Case No. 4:19-CR-156-001; *United States of America v. Peter Efthimiou, Defendant and Prosperity Bank, Garnishee;* In the United States District Court for the Southern District of Georgia, Savannah Division

Dear Clerk of the Court:

Pursuant to the Writ of Garnishment issued in the above-referenced case, enclosed please find Prosperity Bank's *Answer of the Garnishee.* Please file stamp the documents and return one copy to the undersigned in the self-addressed, stamped envelope.

Should you have any questions regarding the above, please do not hesitate to contact me at the number listed above.   Thank you for your attention to this matter.

Sincerely,

HIRSCH & WESTHEIMER, P.C.

By: _____
Eriek Escamilla
Paralegal

Enclosures

1415 Louisiana   36th Floor   Houston, Texas 77002   T. 713 223 5181   *hirschwest.com*

20090252.20130209/4258982.1



CERTIFIED MAIL

9414 7266 9904 2180 5965 45

RETURN RECEIPT REQUESTED

US POSTAGE PITNEY BOWES

Thank you for using Return Receipt Service



RECEIVED



**FROM**

LAW OFFICES OF

**HIRSCH & WESTHEIMER, P.C.**

1415 LOUISIANA STREET 36TH FLOOR          HOUSTON, TEXAS 77002-7394

**TO**

U.S. District Court Clerk
P.O. Box 8286
Savannah, GA 31412



RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service

FOLD AND TEAR THIS WAY