IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2022 FEB -2 A 10: 35
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19-CR-156-001 |
| PETER EFTHIMIOU, | ) | *PUBLIC FILING* |
| Defendant, | ) | |
| PROSPERITY BANK, | ) | |
| Garnishee. | ) | |

## CLAIM FOR EXEMPTIONS, REQUEST FOR HEARING, AND/OR REQUEST FOR TRANSFER

[ ] I think that the property the Garnishee _____ is withholding is exempt under the following applicable exemption(s): _____.

[✓] I request a hearing in this matter.

[ ] I do not request a hearing in this matter.

[✓] I request a transfer to the federal district where I reside in the __Eastern__ (district) of __Texas__ (state).

I understand that this form will be a publicly filed document.

_____
Defendant-Judgment Debtor
Address: 2300 W. Taylor St. #1711
Sherman, TX 75092
Email: madmurdock360@gmail.
Daytime Telephone: (214) 850-7827

Date: @ 01/14/2022

1

## CERTIFICATE OF SERVICE

I certify that on this ___14TH___ day of ___January___, 2022,

I mailed the Claim for Exemptions, Request for Hearing, and/or Request for Transfer to

the following:

**Original to:**
United States District Clerk
P.O. Box 8286,
Savannah, GA 31412

**Copies to:**
United States Attorney's Office
Financial Litigation Unit
P.O. Box 8970
Savannah, GA 31412

Prosperity Bank
Registered Agent, Charlotte Rasche
Sugar Land, TX 77478

_____
Defendant-Judgment Debtor



Peter Estimou
2300 W. Taylor St. #116
Sherman, Texas 75090

NORTH TEXAS TX 750
22 JAN 2022 PM 6 L

United States District Clerk
P.O. Box 8286
Savannah, GA 31412