# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-156 |
| PETER EFTHIMIOU, | |
| Defendant. | |
| PROSPERITY BANK, | |
| Garnishee. | |

**O R D E R**

This matter is before the Court on Defendant Peter Efthimiou's Claim for Exemptions, Request for Hearing and Request for Transfer.  (Doc. 53.)  While Efthimiou's filing does not state a claim for exemption, it does request a hearing and a transfer to the Eastern District of Texas where Efthimiou currently resides in Sherman, Texas.  (Id.)  The Government filed a response in support of Defendant's request for transfer.  (Doc. 54.)

After careful consideration and for the reasons stated in the Government's Response, the Court **GRANTS** Defendant's Request for Transfer and, pursuant to 28 U.S.C. § 3004(b)(2), **DIRECTS** the Clerk of Court to transfer this garnishment matter to the Eastern District of Texas in the manner set forth below.  Efthimiou's Request for Hearing shall be deferred until such time as the receiving district may take up the matter.  This Court shall retain jurisdiction over this criminal case and the judgment entered against Defendant Efthimiou on June 25, 2020, (doc. 39).

THEREFORE, IT IS HEREBY ORDERED that the Clerk shall open a new miscellaneous case as to the United States' Application for Writ of Garnishment to Prosperity Bank, (doc. 46),

and shall enter all related filings received to include this Order and any Answer, Notice or Motion. The Clerk shall then TRANSFER the miscellaneous case to the Eastern District of Texas.

**SO ORDERED**, this 9th day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA